# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREN SARVER,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CITY OF BAKERSFIELD,<br><br>        Defendant. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:14-cv-00141 - LJO - JLT<br><br>**New Case No.: 1:14-cv-00141-JLT** |

All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc 9 at 2; Doc. 10.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:14-cv-00141-JLT**.

IT IS SO ORDERED.

Dated: **June 12, 2014**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE