UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREN SARVER, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BAKERSFIELD, <br><br> Defendant. | Case No.: 1:14-cv-00141- JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (Doc. 24) |

    On January 9, 2015, the Court granted Plaintiff's former attorneys' motion to withdraw from his representation. (Doc. 23) In addition, the Court ordered Plaintiff to show cause within 21 days why the matter should not be dismissed for his failure to prosecute this action. Id. at 3.

    On January 29, 2015, Plaintiff filed a letter disputing that he had failed to maintain contact with his lawyers though he provided no explanation for why, if this was the case, he failed to respond to the requests of counsel to allow them to substitute off the case or why he failed to respond to their motion to withdraw. (Doc. 24) In any event, Plaintiff asserts that he has consulted a new lawyer who is "actively reviewing" his case and that he intends to prosecute this action. Id. Thus, the order to show case is **DISCHARGED**.

    However, Plaintiff is **ORDERED** to either substitute counsel into this case to represent him or to take action all necessary steps to prosecute this case on his own. He is advised that the longer he waits to bring in new counsel, the less likely it is that the Court will be willing to extend the deadlines

set forth in the case schedule.  Indeed, due to Plaintiff's failure to allow his previous counsel to withdraw without the need for a motion, the case has been at a virtual standstill since early December; no further unnecessary delays will be tolerated.

**Failure to comply with the Court's order will result in the imposition of sanctions up to and including dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 2, 2015**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE